FILED '08 JUN 17 12:06 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ERNEST LEE PHILLIPS,

                Plaintiff,

    v.                                  Civil No.: 08-6122-TC

ANGUS EMMONS, et al.

                Defendants.

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on May 6, 2008, to file an amended complaint within 30 days of this court's order dismissing plaintiff's initial complaint. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: June 7, 2008.

                                                          _____
                                                            United States Magistrate Judge