IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERNEST LEE PHILLIPS,               )
                                   )
              Plaintiff,           )
                                   )     Civil No. 08-6122-TC
      v.                           )
                                   )     ORDER
ANGUS EMMONS, et al.,              )
                                   )
              Defendants.          )
_____  )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on June 17, 2008.  The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This proceeding is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

DATED this _____ 3rd _____ day of July, 2008.


_____
United States District Judge